962 So.2d 442 (2007)
Kenyetta M. BROOKS, et al.
v.
CHRISTUS HEALTH SOUTHWESTERN LOUISIANA d/b/a Christus St. Patrick Hospital of Lake Charles, et al.
No. 2007-C-0967.
Supreme Court of Louisiana.
August 31, 2007.
In re Brooks, Derrick D.; Brooks, Kenyetta M.;  Plaintiff(s); Applying for Writ of Certiorari and/or Review, Parish of Calcasieu, 14th Judicial District Court Div. A, No. 2003-004923; to the Court of Appeal, Third Circuit, No. 06-1497.
Denied.
KIMBALL, J., would grant.
JOHNSON, J., would grant.